UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Sonia Rivera, et al.
                    Plaintiffs,

          -against-                          07 Civ. 5999 (DAB)
                                             ORDER TO SHOW CAUSE
The City of New York, et al.

                    Defendants.
------------------------------------X

DEBORAH A. BATTS, United States District Judge.

     The Court's records indicate that the Complaint in this action

was filed on June 25, 2007.  On October 3, 2007, this Court granted

Defendants an extension of until 45 days after receipt of executed

unsealing authorizations to file an Answer, upon the consent of

Plaintiffs.  However, to date, no Answer has been filed.

     Accordingly, Plaintiffs are hereby ORDERED TO SHOW CAUSE why

their action against Defendants should not be dismissed for failure to

prosecute.  See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42

(2d Cir. 1982) (holding that a district court's authority to dismiss

an action for plaintiff's failure to prosecute "cannot seriously be

doubted").  If Plaintiffs fail within thirty days from the date of

this Order to show cause, their claims against Defendants shall be

dismissed for failure to prosecute.

     Plaintiffs' showing of good cause, if any, shall be made by

affidavit.

SO ORDERED.
Dated:     New York, New York
           June 4, 2008

                                        Deborah A. Batts
                                        United States District Judge