UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SONIA RIVERA, NORBERTO SEGUINOT,
JONATHAN REYES, CHRISTOPHER RIVERA,     Index No. 07 CV 5999
ADA MORALES and RAFAEL NIEVES,

                                        Plaintiffs,

            - against -                                               AFFIDAVIT OF SERVICE

THE CITY OF NEW YORK, RAYMOND W. KELLY,
Individually and as Policy Commissioner,
"LIEUTENANT JOHN DOE #1", "POLICE OFFICER
JOHN DOE #1" through "POLICE OFFICER JOHN DOE
#10" and "POLICE OFFICER JANE DOE #1", the last
twelve names being fictitious and unknown to plaintiffs,
the persons or parties intended being New York City
Police Officers,

                                        Defendants.
-------------------------------------------------------------------X

STATE OF NEW YORK    )
                             : ss.:
COUNTY OF NEW YORK  )

       ANTONIO NAVARRO, being duly sworn, deposes and says:

       1. I am over eighteen years of age, am not a party to this action and reside at 1601 Metropolitan Avenue, Apt. 1D, Bronx, New York 10462.

       2 That on July 10, 2007 at 11:38 a.m., deponent served the within Summons and Complaint upon Madelyn Santana, Docketing Clerk for Corporation Counsel for the City of New York, a person of suitable age and discretion, and who accepted the Summons and Complaint on behalf of Michael Cordoza at 100 Church Street, 6th Floor, New York, New York. Ms. Santana is a brown, Latin female with black hair, 21-35 years old, 5'0"-5'3" and 0-99 lbs. At the time of service, deponent asked if Ms. Santana is in active military service for the United States of

America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

                                                                Antonio Navarro
                                                                License No. 1255964

Sworn to before me this 12th day of July, 2007.

Notary Public

DEBORAH L. MORGAN
Notary Public, State of New York
No. 01MO4643753
Qualified in Bronx County
Commission Expires January 31, 2010