# DESIGNATION OF AGENT FOR ACCESS TO SEALED
# RECORDS PURSUANT TO NYCPL 160.50[1][d]

I, Sonia Rivera, Date of Birth 05/02/1965 SS# 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 pursuant to CPL § 160.50[1][d], hereby designate MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled People of the State of New York v. Sonia Rivera, Norberto Seguinot, Jonathan Reyes, Christopher Rivera, Ada Morales, Rafael Nieves, Docket No. or Indictment No. _____, in _____ Court, County of Bronx, State of New York, relating to my arrest on or about July 16, 2004, may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

_____
Sonia Rivera

STATE OF NEW YORK    )
                    : SS.:
COUNTY OF Bronx      )

On this 31 day of October, 2007, before me personally came Sonia Rivera, to me known and known to me to be the individual described in and who executed the foregoing instrument, and she acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

MYRNA M. SOCORRO
Notary Public, State of New York
No. 02SO6109100
Qualified in Westchester County
Commission Expires April 26, 20 08

## DESIGNATION OF AGENT FOR ACCESS TO SEALED
## RECORDS PURSUANT TO NYCPL 160.50[1][d]

I, Norberto Seguinot, Date of Birth 01/04/1961 SS# 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 pursuant to CPL § 160.50[1][d], hereby designate MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled <u>People of the State of New York v. Sonia Rivera, Norberto Seguinot, Jonathan Reyes, Christopher Rivera, Ada Morales, Rafael Nieves</u>, Docket No. or Indictment No. _____, in _____ Court, County of BRONX, State of New York, relating to my arrest on or about _____ June 2004, may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

_Norberto Seguinot_
Norberto Seguinot

STATE OF NEW YORK   )
                    : SS.:
COUNTY OF BRONX     )

On this 31 day of OCTOBER, 2007, before me personally came Norberto Seguinot, to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

MYRNA M. SOCORRO
Notary Public, State of New York
No. 02SO6109100
Qualified in Westchester County
Commission Expires April 26, 2008

_Myrna Socorro_
NOTARY PUBLIC

DESIGNATION OF AGENT FOR ACCESS TO SEALED
RECORDS PURSUANT TO NYCPL 160.50[1][d]

I, Jonathan Reyes, Date of Birth 08 / 15 / 1986 SS# 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 pursuant to CPL § 160.50[1][d], hereby designate MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled <u>People of the State of New York v. Sonia Rivera, Norberto Seguinot, Jonathan Reyes, Christopher Rivera, Ada Morales, Rafael Nieves</u>, Docket No. or Indictment No. _____, in _____ Court, County of Bronx, State of New York, relating to my arrest on or about _____ June 2004, may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

_____
Jonathan Reyes

STATE OF NEW YORK     )
                      : SS.:
COUNTY OF Bronx       )

On this 26 day of October, 2007, before me personally came Jonathan Reyes, to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

MYRNA M. SOCORRO
Notary Public, State of New York
No. 02SO6109100
Qualified in Westchester County
Commission Expires April 26, 20 08

## DESIGNATION OF AGENT FOR ACCESS TO SEALED
## RECORDS PURSUANT TO NYCPL 160.50[1][d]

I, Christopher Rivera, Date of Birth 3/22/83 SS# 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 pursuant to CPL § 160.50[1][d], hereby designate MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled <u>People of the State of New York v. Sonia Rivera, Norberto Seguinot, Jonathan Reyes, Christopher Rivera, Ada Morales, Rafael Nieves</u>, Docket No. or Indictment No. _____, in _____ Court, County of Bronx, State of New York, relating to my arrest on or about _____ June 2004, may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

_____
Christopher Rivera

STATE OF NEW YORK    )
                     : SS.:
COUNTY OF BRONX      )

On this 6 day of September, 2007, before me personally came Christopher Rivera, to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

MYRNA M. SOCORRO
Notary Public, State of New York
No. 02SO6109100
Qualified in Westchester County
Commission Expires April 26, 20 08

## DESIGNATION OF AGENT FOR ACCESS TO SEALED
## RECORDS PURSUANT TO NYCPL 160.50[1][d]

I, Ada Morales, Date of Birth 5/14/1954 SS# 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 pursuant to CPL § 160.50[1][d], hereby designate MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled People of the State of New York v. Sonia Rivera, Norberto Seguinot, Jonathan Reyes, Christopher Rivera, Ada Morales, Rafael Nieves, Docket No. or Indictment No. _____, in _____ Court, County of BRONX, State of New York, relating to my arrest on or about July 16, 2004, may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

_____
Ada Morales

STATE OF NEW YORK        )
                         : SS.:
COUNTY OF BRONX          )

On this 6TH day of SEPTEMBER, 2007, before me personally came Ada Morales, to me known and known to me to be the individual described in and who executed the foregoing instrument, and she acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

MYRNA M. SOCORRO
Notary Public, State of New York
No. 02SO6109100
Qualified in Westchester County
Commission Expires April 26, 20 08