UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SONIA RIVERA, NORBERTO SEGUINOT,
JONNATAN REYES, CHRISTOPHER RIVERA,
ADA MORALES and RAFAEL NIEVES,

        Plaintiffs,

   -against-

THE CITY OF NEW YORK,
RAYMOND W. KELLY, individually and as Police
Commissioner, "LIEUTENANT JOHN DOE #1",
"POLICE OFFICER JOHN DOE #1" through
"POLICE OFFICER JOHN DOE #10" and
"POLICE OFFICER JANE DOE #1", the last
twelve names being fictitious and unknown to
plaintiffs, the persons or parties intended being
New York City Police Officers,

        Defendants.
------------------------------------------------------------X

Case No. 07 - CV - 5999

Assigned to Judge Batts

**AFFIDAVIT TO WITHDRAW**

STATE OF NEW YORK)
COUNTY OF LIVINGSTON )ss.:

  RAFAEL NIEVES, being duly sworn, hereby deposes and states the following:

1. That I am over 18 years of age.

2. That I am a domiciliary of the County of the Bronx, City and State of New York.

3. That I am one of the plaintiffs in the above captioned action.

4. That I have been unable to participate with my attorneys, Codelia & Socorro, P.C., in the prosecution of my claims in said action.

5. That I respectfully request that the Court enter an order wherein I am withdrawn as a plaintiff in the above captioned action.

1

6.  That I understand that by withdrawing my claims in said action I am relinquishing all of **my** claims made in the Complaint against the defendants.

Sworn to before me this
26 day of June 2008

_____
RAFAEL NIEVES

_____
NOTARY PUBLIC

MYRNA M. SOCORRO
Notary Public, State of New York
No. 02SO6109100
Qualified in Westchester County
Commission Expires April 26, 2012

2