07 Civ. 5999 (DAB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SONIA RIVERA, ROBERTO SEGUINOT, JONNATAN REYES, CHRISTOPHER RIVERA, ADA MORALES and RAFAEL NIEVES,

          Plaintiffs,

 - against -

THE CITY OF NEW YORK, RAYMOND W. KELLY, Individually and as Police Commissioner, "Lieutenant JOHN DOE #1", "Police Officer JOHN DOE #1", through "Police Officer JOHN DOE #10 and "Police Officer JANE DOE #1", the last twelve names being fictitious and unknown to plaintiffs, the persons or parties intended being New York City Police Officers,

          Defendants.

---

### AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK )
COUNTY OF BRONX  ) ss.:

 NELLY ORTIZ, being duly sworn, say: I am not a party to the action, and over 18 years of age and resides at New York, New York.

 That on July 1, 2008, I served **AFFIRMATION IN OPPOSITION TO ORDER TO SHOW CAUSE** by mailing a copy to each of the following persons at the last known address set forth after each name below.

    MICHAEL A. CARDOZO
    Corporation Counsel
    HILLARY A. FROMMER
    Senior Counsel
    100 Church Street
    New York, New York 10007

Sworn to before me this
1st day of July 2008

_____
NELLY ORTIZ

_____
NOTARY PUBLIC

MYRNA M. SOCORRO
Notary Public, State of New York
No. 02SO6109100
Qualified in Westchester County
Commission Expires April 26, 2012