07 Civ. 5999 (DAB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

SONIA RIVERA, ROBERTO SEGUINOT, JONNATAN REYES, CHRISTOPHER RIVERA, ADA MORALES and RAFAEL NIEVES,

            Plaintiffs,

 - against -

THE CITY OF NEW YORK, RAYMOND W. KELLY, Individually and as Police Commissioner, "Lieutenant JOHN DOE #1", "Police Officer JOHN DOE #1", through "Police Officer JOHN DOE #10 and "Police Officer JANE DOE #1", the last twelve names being fictitious and unknown to plaintiffs, the persons or parties intended being New York City Police Officers,

            Defendants.
---
---

### AFFIRMATION IN OPPOSITION TO ORDER TO SHOW CAUSE

---
---

CODELIA & SOCORRO, P.C.
Attorney(s) for Plaintiff(s)
1967 Turnbull Avenue, Suite #6
Bronx, New York 10473
(718) 931-2575

---

To

Signature (Rule 11 Certification)

_____
Print name beneath
PETER R. SHIPMAN #9780

Service of a copy of the within is hereby admitted.

Dated: _____