```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
Sonia Rivera, et al.
                    Plaintiffs,

          -against-                        07 Civ. 5999 (DAB)
                                           ORDER
The City of New York, et al.

                    Defendants.
-------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Mr. Peter R. Shipman's Affirmation in response to the June 4, 2008 Order to show cause why this case should not be dismissed for failure to prosecute. Plaintiffs shall move for default judgment within 20 days of the date of this Order. If Plaintiffs fail within 20 days from the date of this Order to move for default judgment, their claims against Defendants shall be dismissed for failure to prosecute.

SO ORDERED.
Dated:    New York, New York
          July 9, 2008

                                        _____
                                        Deborah A. Batts
                                        United States District Judge