```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Sonia Rivera, et al.
              Plaintiffs,

        -against-                      07 Civ. 5999 (DAB)
                                                 ORDER
The City of New York, et al.

              Defendants.
------------------------------------X

DEBORAH A. BATTS, United States District Judge.

    On July 10, 2008, the Court received in Chambers correspondence from Corporation Counsel dated July 9, 2008. Corporation Counsel's July 9, 2008 letter responded to Mr. Peter R. Shipman's Affirmation, which answered the Court's June 4, 2008 Order to show cause why this case should not be dismissed for failure to prosecute. On July 9, 2008, in response to the Shipman Affirmation, this Court Ordered Plaintiffs to move for default judgment within twenty days or have their claims dismissed for failure to prosecute.

    However, in light of the points raised by Corporation Counsel's July 9, 2008 letter, it is clear to the Court that Plaintiff's Motion for Default Judgment would be futile. Accordingly, the Court hereby vacates its Order of July 9, 2008. Instead, the Court hereby Orders that, within twenty days from the date of this Order, all named Plaintiffs either provide Defendants with unsealing authorizations or voluntarily withdraw

their claims with prejudice. Failure to comply with this Order shall result in the dismissal of this case for failure to prosecute.

Defendants shall Answer or move against the Complaint within forty five days of the date of this Order.


SO ORDERED.
Dated:    New York, New York
          July 10, 2008

                                              /s/ Deborah A. Batts
                                              Deborah A. Batts
                                              United States District Judge