12122272039

Received:
07/17/2008  08:58   7189311121

Jul 17 2008 10:51am

PAGE 02/02

12122272039                                               03:20:09 p.m.   07-16-2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

SONIA RIVERA, et al.,

                      Plaintiffs,

     -against-

THE CITY OF NEW YORK, et al.,

                      Defendants.

-------------------------------------------------------- x

STIPULATION OF PARTIAL
DISMISSAL OF ALL
CLAIMS BY RAFAEL
NIEVES

07 Civ. 5999 (DAB)

WHEREAS, all of the plaintiffs herein commenced this action on or about June 25, 2007 alleging that defendants violated their rights under federal and state law; and

WHEREAS, in or around January 2008, plaintiff Rafael Nieves decided to voluntarily withdraw all of his claims in this action.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that that plaintiff Rafael Nieves agrees to withdraw any and all claims that were or could have been asserted in this action with prejudice and without costs or fees to any party.

Dated: New York, New York
       July 16, 2008

PETER R. SHIPMAN, ESQ.
Codelia & Socorro, P.C.
Attorney for Plaintiffs
1967 Turnbull Avenue, Suite 6
Bronx, New York 01473

By: _____
    Peter R. Shipman (PS 9780)

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendant City of New York
100 Church Street, Room 3-212
New York, New York 10007
(212) 788-0823

By: _____
    Hillary A. Frommer (HF 9286)
    Senior Counsel

SO ORDERED:

_____
The Honorable Deborah A. Batts
United States District Judge
                  7/23/08